IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-534-D

| | |
|---|---|
| CHARLES M. GILLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |

For the reasons stated in defendant's memorandum of law [D.E. 10], the court GRANTS defendant's motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

SO ORDERED. This **1** day of April, 2025.

JAMES C. DEVER III
United States District Judge