UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHARLES M. GILLIS, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:24-CV-534-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons stated in defendant's memorandum of law [D.E. 10], the court GRANTS defendant's motion to dismiss [D.E. 9] and DISMISSES WITHOUT PREJUDICE plaintiff's complaint.

This Judgment filed and entered on April 1, 2025, and copies to:
Charles M. Gillis (via US Mail to 300 Saddlewood Dr., Goldsboro, NC 27534)
Katherine Blass Asaro (via CM/ECF electronic notification)

April 1, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk